JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHAWWUR RANA,<br>   Petitioner,<br><br>          v.<br><br>W.Z. JENKINS II. WARDEN,<br>   Respondent. | CV 23-4223 DSF<br><br>JUDGMENT |

    The Court having denied Tahawwur Rana's Petition for Writ of Habeas Corpus by a separate order,

    IT IS ORDERED AND ADJUDGED that the Petition be denied.

Date: August 10, 2023

_Dale S. Fischer_
Dale S. Fischer
United States District Judge